# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TOMAS ALEJANDRO MACHADO-CALA | § | |
| | § | CIVIL NO: |
| vs. | § | SA:26-CV-02171-JKP |
| | § | |
| ROSE THOMPSON, MIGUEL VERGARA, | § | |
| MARKWAYNE MULLIN, PAMELA | | |
| BONDI, EXECUTIVE OFFICE FOR | | |
| IMMIGRATION REVIEW, DEPARTMENT | | |
| OF HOMELAND SECURITY | | |

## ORDER SETTING STATUS CONFERENCE-HABEAS CORPUS - VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE-HABEAS CORPUS - VIA ZOOM** in Courtroom B, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Friday, May 01, 2026 at 01:45 PM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 1st day of May, 2026.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE